PENNSYLVANIA RYS. ADVERTISING CO., Appellant, v. WAVERLY, S. & A. TRACTION CO. et al., Respondents. (Supreme Court, Appellate Division, First Department.

March 31, 1911.) Action by the Pennsylvania Railways Advertising Company against the Waverly, Sayre & Athens Traction Company and others. R. K. Walton, for appellant. T. J. Keenan and C. P. Easton, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE, Respondent, v. BENZLER, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Proceeding by the People of the State of New York against Robert Benzler. O. H. Droege, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

